# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE HOA FORECLOSURE CASES. | **ORDER DIRECTING PARTIES TO CERTIFY CASES TO NEVADA ATTORNEY GENERAL** |

The following cases involve a constitutional challenge to Nevada state statutes, specifically Chapter 116:

*SFR Investments Pool 1, LLCs v. Wells Fargo Bank*, 2:13-cv-01689-APG-NJK

*Las Vegas Development Group v. Healy*, 2:13-cv-02194-APG-VCF

*Nationstar Mortgage, LLS v. SFR Investments Pool 1, LLC*, 2:15-cv-00133-APG-PAL

*Rugged Oaks Investment v. Nelson*, 2:15-cv-00240-APG-CWH

*U.S. Bank v. SFR Investments Pool 1, LLC*, 2:15-cv-00287-APG-GWF

*Bank of New York Mellon v. Astoria Trails Homeowners Ass'n*, 2:15-cv-00366-APG-CWH

*Green Tree Servicing LLC v. Elkhorn Community Ass'n*, 2:15-cv-00477-APG-VCF

*Green Tree Servicing LLC v. SFR Investments Pool 1, LLC*, 2:15-cv-00630-APG-NJK

*Bank of America v. Saticoy Bay LLC*, 2:15-cv-00695-APG-NJK

*SFR Investments Pool 1, LLC v. Fed. Home Loan Mortg. Corp.*, 2:15-cv-00806-APG-NJK

*Bank of America v. Woodcrest Homeowners Ass'n*, 2:15-cv-01024-APG-GWF

*Bank of America v. SFR Investments Pool 1, LLC*, 2:15-cv-01042-APG-GWF

*Bank of New York Mellon v. SFR Investments Pool 1, LLC*, 2:15-cv-01078-APG-PAL

*Las Vegas Development Group v. Yfantis*, 2:15-cv-01127-APG-CWH

*U.S. Bank v. Woodchase Condominium Homeowners Ass'n*, 2:15-cv-01153-APG-GWF

*Nationstar Mortgage LLC v. Sundance Homeowners Ass'n*, 2:15-cv-01310-APG-GWF

*TBES Investments LLC v Reyes*, 2:15-cv-01352-APG-GWF

*Nationstar Mortgage LLC v Amber Hills II Homeowners Ass'n*, 2:15-cv-01433-APG-CWH

*Bank of America v. Premier One Holdings, Inc.*, 2:15-cv-01731-APG-PAL

| | |
|---|---|
| 1 | *Bank of America v. SFR Investments Pool 1, LLC*, 2:15-cv-01771-APG-VCF |
| 2 | *Ocwen Loan Servicing, LLC v. BFP Investment 5, LLC*, 2:15-cv-01841-APG-CWH |
| 3 | *Bank of New York Mellon v. Foreclosure Sales Services, LLC*, 2:15-cv-02087-APG-GWF |
| 4 | *Deutsche Bank v. 5916 Post Mountain Trust*, 2:15-cv-02420-APG-GWF |
| 5 | *Wells Fargo Bank v. Williston Investment Group, LLC*, 2:16-cv-00237-APG-VCF |
| 6 | *Bank of America v. Wildcreek Homeowners Ass'n*, 2:16-cv-00249-APG-CWH |
| 7 | *Bank of America v. Via Valencia Homeowners Ass'n*, 2:16-cv-00274-APG-PAL |
| 8 | *Bank of America v. Cambria Homeowners Ass'n*, 2:16-cv-00293-APG-GWF |
| 9 | *Bank of America v. Gleneagles Homeowners Ass'n*, 2:16-cv-00300-APG-NJK |
| 10 | *Italspain Corp. v. Moore*, 2:16-cv-00308-APG-GWF |
| 11 | *Bank of America v. Souvenir Homeowners Ass'n*, 2:16-cv-320-APG-VCF |
| 12 | *Bank of America v. Romewright Properties, LLC*, 2:16-cv-00337-APG-VCF |
| 13 | *Bank of America v. Somerset Park Homeowners Ass'n*, 2:16-cv-00349-APG-VCF |
| 14 | *Bank of New York Mellon v. Nevada Ass'n Services*, 2:16-cv-00370-APG-PAL |
| 15 | *Bank of America v. Auburn & Bradford at Providence*, 2:16-cv-00393-APG-NJK |
| 16 | *Bank of America v. Ladera Homeowners Ass'n*, 2:16-cv-00394-APG-GWF |
| 17 | *Bank of America v. Mountain Gate Homeowners Ass'n*, 2:16-cv-00399-APG-CWH |
| 18 | *Bank of America v. Madeira Canyon Homeowners Ass'n*, 2:16-cv-00444-APG-NJK |
| 19 | *Bank of America v. Desert Pine Villas Homeowners Ass'n*, 2:16-cv-00448-APG-VCF |
| 20 | *Wilmington Trust v. Ironhorse Village Condominium Ass'n*, 2:16-cv-00469-APG-CWH |
| 21 | *Deutsche Bank v. SFR Investments Pool 1, LLC*, 2:16-cv-00470-APG-CWH |
| 22 | *Bank of America v. Montara Estates Homeowners Ass'n*, 2:16-cv-00472-APG-VCF |
| 23 | *Bank of America v. Bernini Dr. Trust*, 2:16-cv-00474-APG-VCF |
| 24 | *Bank of America v. Canyon Crest Masters Ass'n*, 2:16-cv-00488-APG-CWH |
| 25 | *Bank of America v. Craigmont Villas Homeowners Ass'n*, 2:16-cv-00494-APG-NJK |
| 26 | *Nationstar Mortg. LLC v. Fiesta Del Norte Homeowners Ass'n*, 2:16-cv-00497-APG-PAL |
| 27 | |
| 28 | |

1
2      *Bank of America v. The Villas Community Ass'n*, 2:16-cv-516-APG-VCF
3      *Bank of America v. Tiara Summit Homeowners Ass'n*, 2:16-cv-00611-APG-GWF
4      *Bank of America v. Palm Hills Homeowners Ass'n*, 2:16-cv-00614-APG-GWF
5      *Bank of America v. Lakeview Owners Ass'n*, 2:16-cv-00635-APG-PAL
6      *Bank of New York Mellon v. Monaco Landscape Maint. Ass'n*, 2:16-cv-00648-APG-PAL
7      *Bank of New York Mellon v. Terra Bella Owners Ass'n*, 2:16-cv-00654-APG-CWH
8      *Bank of America v. The Willows Homeowners Ass'n*, 2:16-cv-00678-APG-CWH
9      *U.S. Bank Trust v. SFR Investments Pool 1, LLC*, 2:16-cv-00741-APG-NJK
10      *Bank of America v. Bar Arbor Glen at Providence Homeowners Ass'n*, 2:16-cv-00761-
11 APG-NJK

12      Pursuant to Federal Rule of Civil Procedure 5.1(a), the party challenging the statute's constitutionality should have served the Nevada Attorney General with its complaint, motion, or other filing that calls into question Chapter 116's constitutionality.  I order the parties in these cases to follow that Rule and to file proof of compliance within 10 days of the date of this order.

16      **IT IS THEREFORE ORDERED** that the party challenging Chapter 116's constitutionality in each of these cases must serve the Nevada Attorney General with the complaint, motion, or other filing that calls into question Chapter 116's constitutionality, and shall file proof of compliance within 10 days of the date of this order.

20 DATED this 18th day of April, 2016.

                                                                ANDREW P. GORDON
                                                                UNITED STATES DISTRICT JUDGE