# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:15-cv-2087-APG-GWF |
| Plaintiff, | **ORDER DISMISSING DEFENDANT NV FORECLOSURE SERVICES, LLC** |
| v. | |
| FORECLOSURE SALES SERVICES, LLC, et al., | |
| Defendants. | |

On March 18, 2016, Plaintiff was advised by the court (Dkt. #13) that this action would be dismissed without prejudice as to defendant NV Foreclosure Services, LLC unless on or before April 17, 2016, Plaintiff filed proper proof of service or showed good cause why such service was not timely made.  Plaintiff has failed to file proof of service nor shown good cause.  Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m).  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** only as to defendant NV Foreclosure Services, LLC.

Dated:  April 20, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE