# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON (FKA THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2,<br><br>Plaintiff,<br><br>vs.<br><br>FORECLOSURE SALES SERVICES, LLC, an unknown and unregistered entity, and NV FORECLOSURE SERVICES, LLC, a revoked Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:15-cv-02087-APG-GWF<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT FORECLOSURE SALES SERVICES, LLC**<br><br>(ECF No. 25) |

An Application having been duly made by plaintiff The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2 ("Plaintiff" or "BONYM") against defendant Foreclosure Sales Services, LLC ("Defendant"), and default being entered against Defendant for failure to answer or otherwise defend as to the Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Application for Default Judgment **(ECF No. 25) is GRANTED.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that default judgment is hereby entered in favor of Plaintiff and against defendant Foreclosure Sales Services, LLC.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's first Deed of Trust was not extinguished by the HOA Sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's interest in the real property located at 628 Bay Bridge Drive, North Las Vegas, Nevada 89032, APN: 139-10-112-061 ("Property") is superior to the interest of defendant Foreclosure Sales Services, LLC.

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all transfers of title to the Property are and were subject to Plaintiff's first Deed of Trust, and that the first Deed of Trust continues to encumber title in senior position in the chain of title.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the HOA Sale was invalid and conveyed no right, title, or interest in the Property to NV Foreclosure Services, LLC or Foreclosure Sales Services, LLC.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that upon the entry of this Judgment, all the rights and liabilities of all the parties to this action have been adjudicated.

    DATED this 10th day of August, 2016.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Natalie C. Lehman, Esq.*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
*Attorneys for Plaintiff, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2*

2