# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

BANK OF NEW YORK MELLON,

Plaintiff,

v.

FORECLOSURE SALES SERVICES, LLC
and NV FORECLOSURE SERVICES, LLC,

Defendants.

Case No. 2:15-cv-02087-APG-GWF

**ORDER**

In light of the responses (ECF Nos. 41, 42, 43), to my order to show cause (ECF No. 40), this court has diversity jurisdiction in this matter. I therefore will not dismiss the case for lack of subject matter jurisdiction.

IT IS THEREFORE ORDERED that the order to show cause (ECF No. 40) is deemed satisfied and this action will not be dismissed for lack of subject matter jurisdiction.

DATED this 24th day of March, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE