UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>    Plaintiff,<br><br>    v.<br><br>FORECLOSURE SALES SERVICES, LLC and NV FORECLOSURE SERVICES, LLC,<br><br>    Defendants. | Case No. 2:15-cv-02087-APG-GWF<br><br>**ORDER GRANTING MOTION TO LIFT STAY**<br><br>(ECF No. 48) |

    IT IS ORDERED that plaintiff Bank of New York Mellon's motion to lift stay **(ECF No. 48) is GRANTED**. The stay is lifted for all purposes.

    DATED this 15th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE