WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON (FKA THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2,<br><br>Plaintiff,<br><br>vs.<br><br>FORECLOSURE SALES SERVICES, LLC, an unknown and unregistered entity, and NV FORECLOSURE SERVICES, LLC, a revoked Nevada Limited Liability Company,<br><br>Defendants.<br><br>and<br><br>NEVADA NEW BUILDS, LLC,<br><br>Defendant-in-Intervention.<br><br>NEVADA NEW BUILDS, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON (FKA | Case No.: 2:15-cv-02087-APG-GWF<br><br>**JOINT REQUEST FOR ORDER TO PARTIALLY LIFT STAY FOR PURPOSE OF SETTLEMENT CONFERENCE**<br><br>**ORDER** |

1

| | |
|---|---|
| 1 | THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2, |
| 2 | |
| 3 | |
| 4 | Counter-Defendant. |

Plaintiff, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2 ("Plaintiff"), by and through its attorney of record, Natalie C. Lehman, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendant-in-Intervention, Nevada New Builds, LLC ("Defendant"), by and through its attorney of record, Georlen K. Spangler, Esq., of Kung & Brown (collectively, the "Parties"), hereby stipulate, agree and request as follows:

WHEREAS, on November 20, 2017 this Court entered an Order (ECF. No. 61) staying the case pending the Supreme Court of Nevada's answer to the certified question in <u>Bank of New York Mellon v. Star Hill Homeowners Association</u>, 2:16-cv-2561-RFB-PAL/Nev. S. Ct. Case No. 72931;

WHEREAS, the Parties have recently renewed settlement negotiations and believe a settlement conference would facilitate resolution of this case;

///

///

///

2

NOW WHEREFORE the Parties seek a limited lift of the stay solely for the purposes of engaging in a settlement conference with Magistrate Foley on March 20, 2018 at 9:00 am.

IT IS SO STIPULATED.

Respectfully Submitted,

| DATED this 31st day of January, 2018 | DATED this 31st day of January, 2018 |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | KUNG & BROWN |
| */s/Natalie C. Lehman* | */s Georlen K. Spangler* |
| Natalie C. Lehman, Esq.<br>Nevada Bar No. 12995<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2* | Georlen K. Spangler, Esq.<br>Nevada Bar No. 3818<br>214 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>*Attorneys for Proposed Defendant-in-Intervention, Nevada New Builds, LLC* |

## **ORDER**

Based upon the Stipulation between the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the stay of proceedings is hereby lifted, solely to allow the parties to participate in a settlement conference scheduled for March 20, 2018, in the United States District Court, with Magistrate Judge Foley.

**IT IS SO ORDERED.**

DATED: 2/2/2018

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By*:

WRIGHT, FINLAY & ZAK, LLP
*/s/ Natalie C. Lehman*
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
*Attorneys for Plaintiff, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2*