WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON (FKA THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2,<br><br>   Plaintiff,<br><br>vs.<br><br>FORECLOSURE SALES SERVICES, LLC, an unknown and unregistered entity, and NV FORECLOSURE SERVICES, LLC, a revoked Nevada Limited Liability Company,<br><br>   Defendants.<br><br>and<br><br>NEVADA NEW BUILDS, LLC,<br><br>   Defendant-in-Intervention. | Case No.: 2:15-cv-02087-APG-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| NEVADA NEW BUILDS, LLC,<br><br>   Counterclaimant,<br><br>  vs.<br><br>THE BANK OF NEW YORK MELLON (FKA | |

1  | THE BANK OF NEW YORK) AS TRUSTEE
2  | FOR THE HOLDERS OF THE GE-WMC
   | ASSET-BACKED PASS-THROUGH
3  | CERTIFICATES, SERIES 2005-2,
4  |                    Counter-Defendant.

5          Plaintiff, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the

6  Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2 ("Plaintiff"),

7  by and through its attorney of record, Krista J. Nielson, Esq., of the law firm of Wright, Finlay &

8  Zak, LLP, and Defendant-in-Intervention, Nevada New Builds, LLC ("Defendant"), by and

9  through its attorney of record, Georlen K. Spangler, Esq., of Kung & Brown (collectively, the

10 "Parties"), hereby stipulate, agree and request as follows:

11         WHEREAS, on February 2, 2018, this Court entered an Order lifting a stay of the case to

12 allow the Parties to participate in a settlement conference scheduled for March 20, 2018 [ECF

13 No. 64].

14         WHEREAS, the Parties attended the initial settlement conference on March 20, 2018,

15 which was continued to April 2, 2018.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WHEREFORE, the Parties now seek to reschedule the settlement conference and hereby stipulate to continue the settlement conference to May 3, 2018 at 9:00 AM.

IT IS SO STIPULATED.

DATED this 28th day of March, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, The Bank of New York*
*Mellon (fka The Bank of New York) as*
*Trustee for the Holders of the GE-WMC*
*Asset-Backed Pass-Through Certificates,*
*Series 2005-2*

DATED this 28th day of March, 2018.
KUNG & BROWN

*/s/ Georlen K. Spangler*
A.J. Kung, Esq.
Nevada Bar No. 7052
Georlen K. Spangler, Esq.
Nevada Bar No. 3818
214 South Maryland Parkway
Las Vegas, Nevada 89101
*Attorneys for Proposed Defendant-in-*
*Intervention Nevada New Builds, LLC*

**IT IS SO ORDERED.**

DATED this 29th day of ___March_____, 2018.

_____
U.S. MAGISTRATE JUDGE