WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON (FKA THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2, | Case No.: 2:15-cv-02087-APG-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| vs. | **(Second Request)** |
| FORECLOSURE SALES SERVICES, LLC, an unknown and unregistered entity, and NV FORECLOSURE SERVICES, LLC, a revoked Nevada Limited Liability Company, | |
| Defendants. | |
| and | |
| NEVADA NEW BUILDS, LLC, | |
| Defendant-in-Intervention. | |
| NEVADA NEW BUILDS, LLC, | |
| Counterclaimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON (FKA | |

1
2
3
4

THE BANK OF NEW YORK) AS TRUSTEE
FOR THE HOLDERS OF THE GE-WMC
ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2005-2,

Counter-Defendant.

5       Plaintiff, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the

6   Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2 ("Plaintiff"),

7   by and through its attorney of record, Krista J. Nielson, Esq., of the law firm of Wright, Finlay &

8   Zak, LLP, and Defendant-in-Intervention, Nevada New Builds, LLC ("Defendant"), by and

9   through its attorney of record, Georlen K. Spangler, Esq., of Kung & Brown (collectively, the

10  "Parties"), hereby stipulate, agree and request as follows:

11      WHEREAS, on February 2, 2018, this Court entered an Order lifting a stay of the case to

12  allow the Parties to participate in a settlement conference scheduled for March 20, 2018 [ECF

13  No. 64].

14      WHEREAS, the Parties attended the initial settlement conference on March 20, 2018,

15  which was continued to May 3, 2018.

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

WHEREFORE, the Parties now seek to reschedule the settlement conference and hereby stipulate to continue the settlement conference to June 14, 2018 at 9:00 AM.

IT IS SO STIPULATED.

DATED this 1st day of May, 2018.
WRIGHT, FINLAY & ZAK, LLP

/s/ Krista J. Nielson
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2*

DATED this 1st day of May, 2018.
KUNG & BROWN

/s/ Georlen K. Spangler
A.J. Kung, Esq.
Nevada Bar No. 7052
Georlen K. Spangler, Esq.
Nevada Bar No. 3818
214 South Maryland Parkway
Las Vegas, Nevada 89101
*Attorneys for Proposed Defendant-in-Intervention Nevada New Builds, LLC*

**IT IS SO ORDERED.**

DATED this 2nd day of _____ May _____, 2018.

_____
U.S. MAGISTRATE JUDGE