**SAO**
A.J. Kung, Esq.
Nevada Bar No. 7052
Georlen K. Spangler, Esq.
Nevada Bar No. 3818
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
ajkung@ajkunglaw.com
gspangler@ajkunglaw.com
*Attorneys for Proposed Defendant-in-Intervention*
*Nevada New Builds, LLC*

# DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON (FKA) THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2,<br><br>Plaintiff,<br><br>vs.<br><br>FORECLOSURE SALES SERVICES, LLC an unknown and unregistered entity, and NV FORECLOSURE SERVICES, LLC, a revoked Nevada Limited Liability Company,<br><br>Defendants.<br><br>NEVADA NEW BUILDS, LLC.,<br><br>Defendant-in-Intervention. | CASE NO.: 2:15-cv-02087-APG-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

Plaintiff, The Bank of New York Mellon (fka The Bank of New York) As Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2 ("Plaintiff"), by and through its attorney of record, Krista J. Nielson, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant-in-Intervention, Nevada New Builds, LLC ("Defendant"), by and

Page 1 of 2

KUNG & BROWN
214 South Maryland Parkway
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

through its attorney of record, Georlen K. Spangler, Esq., of Kung & Brown (collectively, the "Parties"), hereby agree and stipulate to reschedule the Settlement Conference currently scheduled to take place on Thursday, June 14, 2019 at 9:00 a.m., to Friday, July 20, 2018 at 9:00 a.m.

DATED this 22nd day of May, 2018.

KUNG & BROWN

*/s/ Georlen Spangler*
Georlen K. Spangler, Esq.
214 South Maryland Parkway
Las Vegas, Nevada 89101
*Attorneys for Proposed Defendant-in-Intervention Nevada New Builds, LLC*

DATED this 22nd day of May, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Krista J. Nielson, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff, The Bank of New York Mellon (fka The Bank of New York) As Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2*

**ORDER**

**IT IS SO ORDERED.**

DATED this 23rd day of May, 2018.

_____
U.S. MAGISTRATE JUDGE