**SAO**
WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON (FKA THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2,<br><br>Plaintiff,<br><br>vs.<br><br>FORECLOSURE SALES SERVICES, LLC, an unknown and unregistered entity, and NV FORECLOSURE SERVICES, LLC, a revoked Nevada Limited Liability Company,<br><br>Defendants.<br><br>and<br><br>NEVADA NEW BUILDS, LLC,<br><br>Defendant-in-Intervention.<br><br>NEVADA NEW BUILDS, LLC,<br><br>Counterclaimant,<br><br>vs. | Case No.: 2:15-cv-02087-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | THE BANK OF NEW YORK MELLON (FKA THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2,<br><br>Counter-Defendant. |

## STIPULATION AND ORDER FOR DISMISSAL

Plaintiff/Counter-Defendant, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2 ("BONY"), and Defendant-in-Intervention/Counter-Claimant, Nevada New Builds, LLC ("NNB"), by and through their undersigned attorneys hereby stipulate and agree as follows:

WHEREAS:

1. The real property which is the subject of this case is commonly known as 628 Bay Bridge Drive, North Las Vegas, Nevada 89032, APN No. 139-10-112-061 ("Property");

2. BONY is the holder of a first Deed of Trust securing a loan in the amount of $212,000.00 made on or about October 5, 2005 ("Note"), by Alberto A. Cervantes ("Borrower") and recorded on October 14, 2005, in the Official Records of Clark County, Nevada as Book and Instrument Number 20051014-0000383 ("Deed of Trust");

3. On May 13, 2010, a Notice of Delinquent Assessment Lien was recorded against the Property by Angius & Terry Collections LLC ("ATC"), as agent for Alexander Station Community Association ("HOA");

4. On June 15, 2010, a Notice of Default and Election to Sell Under Notice of Delinquent Assessment Lien was recorded against the Property by ATC, as agent for HOA;

5. On August 29, 2012, a Notice of Sale was recorded against the Property by ATC, as agent for HOA;

6. ATC sold the Property on behalf of HOA on September 21, 2012 ("HOA Sale") to Foreclosure Sales Services LLC & NV Foreclosure Services LLC ("HOA Buyer") by

1 | Trustee's Deed Upon Sale recorded as Book and Instrument Number 201211140002338 in the official records of the Clark County Recorder;

7. On or about December 28, 2015, HOA Buyer transferred its interest in the Property to Foreclosure Sales Services as reflected in the Quitclaim Deed recorded as Book and Instrument Number 20151228-0001500 in the official records of the Clark County Recorder;

8. On or about June 14, 2016, Foreclosure Sales Services sold the Property to NNB as reflected in the Quitclaim Deed recorded as Book and Instrument Number 20160614-0000153 in the official records of the Clark County Recorder;

9. On October 30, 2015, BONY filed a Complaint in Case Number 2:15-cv-02087-APG-GWF ("BONY Action");

10. On September 19, 2017, NNB filed an Answer to BONY's Complaint and a Counterclaim;

11. The undersigned Parties have now come to a resolution regarding their respective claims and interest in the Property;

12. Pursuant to a Settlement Agreement between BONY and NNB, BONY agrees to dismiss all of its claims asserted in its Complaint, while NNB agrees to dismiss all of the claims asserted against BONY in its Counterclaim.

13. Nothing in this Stipulation should be construed as intended to benefit any other party not identified as the undersigned Parties hereto, and in particular, shall not constitute a waiver or relinquishment of any claims by BONY against HOA Buyer or Borrower; and

14. Each Party shall bear its own fees and costs incurred in this litigation and settlement.

WHEREFORE:

**IT IS FURTHER STIPULATED AND AGREED** that all claims asserted in BONY's October 30, 2015 Complaint shall be dismissed **with prejudice**.

**IT IS FURTHER STIPULATED AND AGREED** that all claims asserted in NNB's September 19, 2017 Counterclaim shall be dismissed **with prejudice**;

1     **IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the Parties.

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in no way intended to impair the rights of BONY (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against HOA Buyer or against the Borrower, as defined in the Note, that BONY (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note, including the right to sue the Borrower for any deficiency.

    **IT IS FURTHER STIPULATED AND AGREED** that the settlement entered into by and between the undersigned Parties has been entered into in good faith, pursuant to NRS 17.245 and applicable case law, and any and all claims, counterclaims and third-party claims for contribution or equitable/implied indemnity of any party, person or entity against NNB and/or BONY, whether compulsory or permissive, whether asserted or not, whether legal or equitable, related in any way to the claims asserted in the case at bar, shall be forever discharged and barred, **with prejudice**;

///

///

///

**IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own attorney's fees and costs incurred in this litigation and settlement.

STIPULATED AND AGREED to this 2nd day of October, 2018.

WRIGHT, FINLAY & ZAK, LLP

KUNG & BROWN

*/s/ Krista J. Nielson*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant, The Bank of New York Mellon (fka The Bank of New York) as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-2*

*/s/ A.J. Kung*
A.J. Kung, Esq.
Nevada Bar No. 7052
214 South Maryland Parkway
Las Vegas, NV 89101
*Attorneys for Defendant-in-Intervention/Counter-Claimant, Nevada New Builds, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/2/2018